1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
   Dennis Price, Esq., SBN 279082
3  Mail: 8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
8

9  SCOTT JOHNSON,                ) Case No.: 5:20-CV-06545-LHK
                                 )
10         Plaintiff,            ) **NOTICE OF SETTLEMENT**
                                 )
11     v.                        )
                                 )
12 AKA MATTHEW, LP, a California )
   Limited Partnership; and Does 1-10, )
13                               )
           Defendants.           )
14                               )
                                 )
15                               )
                                 )
16 _____ )

17     The plaintiff hereby notifies the court that a provisional settlement has been reached in

18 the above-captioned case. The Parties are currently focusing efforts on finalizing the terms of

19 the settlement and reducing it to a writing. The plaintiff, anticipates that the settlement will be

20 consummated within the coming sixty (60) days, and the Joint Stipulation for Dismissal with

21 prejudice as to all parties will be filed.

22

23                              CENTER FOR DISABILITY ACCESS

24

25 Dated: November 24, 2020        By:/s/ Amanda Seabock
                                        Amanda Seabock
26                                      Attorney for Plaintiff

27

28

Notice of Settlement            -1-                    5:20-CV-06545-LHK