CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHRYN C. CURRY
kcurry@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, California 94040
Telephone: (650)428-3900
Facsimile: (650)428-3901
Attorneys for Defendant
AKA Matthew, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AKA MATTHEW, LP, a California Limited Partnership; and Does 1-10,<br><br>        Defendants. | Case: 5:20-CV-06545-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 21, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: April 21, 2021          GCA LAW PARTNERS LLP


                               By: /s/ Kathryn C. Curry
                                   Kathryn C. Curry
                                   Attorneys for Defendant
                                   AKA Matthew, LP

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kathryn C. Curry, counsel for AKA Matthew, LP, and that I have obtained Ms. Curry's authorization to affix her electronic signature to this document.

Dated: April 21, 2021    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff